IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LESLIE D. COFFEY                                                                PLAINTIFF

v.                                    No. 3:16-cv-222-DPM

CNR HOLDINGS LLC,
WILLIAM HANK RANDOLPH, and
TRENT C. GAINES                                                              DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

27 October 2016