IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LESLIE D. COFFEY                                                                   PLAINTIFF

v.                              No. 3:16-cv-222-DPM

CNR HOLDINGS LLC,
WILLIAM HANK RANDOLPH, and
TRENT C. GAINES                                                                  DEFENDANTS

## ORDER

Motion, № 10, denied as moot. The Court vacated the Clerk's default and dismissed this case without prejudice for lack of subject matter jurisdiction. № 8 & 9.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

5 December 2016